UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KEN MAROT,
Plaintiff,

v.

SAM HAIGH and JUDY HAIGH,
Defendants.

CA 06 35S

C.A. NO.:

COMPLAINT AND JURY DEMAND

PARTIES:

1. Plaintiff, Ken Marot, is a resident of 84 Pine Crest Drive, City of East Providence, County of Providence, State of Rhode Island;

2. Defendant Sam Haigh is an individual residing on board "The General," a restored Army T boat docked at or near 48 Calf Pasture Beach Road, in the City of Norwalk, County of Fairfield, State of Connecticut.

3. Defendant Judy Haigh is and individual residing on board "The General," a restored Army T boat docked at or near 48 Calf Pasture Beach Road, in the City of Norwalk, County of Fairfield, State of Connecticut.

4. Upon information and belief, Defendants, Sam and Judy Haigh, were co-owners of "The General" on the date of the allegations in the instant complaint.

JURISDICTION

5. The Court has subject matter jurisdiction over the Plaintiff's claims pursuant to 28 U.S.C. 1333(1) and 28 U.S.C. 1332(a)(1). The District Court has admiralty jurisdiction of this claim.

N:/Clients/Marot/pleadings/complaint
8/012306/4

6. The damage or injury to Plaintiff's person was caused while both Plaintiff and Defendants were on board vessels on navigable water off the coast of Wickford, Rhode Island.

7. The Court has personal jurisdiction over the parties in that each party has contacts with the State of Rhode Island and the County of Washington sufficient to confer personal jurisdiction upon this Honorable Court.

GENERAL FACTS AND ALLEGATIONS:

8. Upon information and belief, at all times relevant to this matter, Defendants owned and operated "The General."

9. Plaintiff owns a sailboat named "Aolani," which at all times relevant to this matter was moored in Wickford Cove, Rhode Island on July 4, 2003;

10. On the evening of July 4, 2003, Defendants' boat was in close proximity to Plaintiff's boat and Defendants were entertaining guests on board;

11. At the same time, Plaintiff was aboard the "Aolani;"

12. During Defendants' celebration, Defendants discharged from the deck of "The General" a full-size cannon in close proximity to the "Aolani;"

13. Plaintiff immediately experienced severe pain and ringing in his ears. Plaintiff also became dizzy and felt faint.

14. As a direct result of Defendant's firing of the cannon in close proximity to Plaintiff, Plaintiff suffered pain in his ears, intermittent dizziness, feelings of faintness, which has result in permanent hearing loss.

COUNT I - NEGLIGENCE

15. The allegations set forth above in Paragraphs 1 through 14 are incorporated herein as if set forth again in full;

16. Defendants had a duty to Plaintiff to exercise due care;

17. Defendants breached their duty by failing to act in a reasonably safe manner and by failing to take adequate measures to prevent harm to Plaintiff and others;

18. As a direct and proximate result of Defendants' breach, Plaintiff sustained serious injury, a permanent loss of hearing, and has been otherwise harmed;

19. As a direct result of Defendants' negligence, Plaintiff has incurred medical expenses and has suffered great pain of body and mind, permanent impairment, and has been prevented from engaging in his regular activities.

COUNT II- STRICT LIABILITY

20. The allegations set forth above in Paragraphs 1 through 19 are incorporated herein as if set forth again in full;

21. Defendants' were engaged in an ultra-hazardous and unreasonably dangerous activity;

22. As a direct result of Defendants' negligence, Plaintiff has incurred medical expenses and has suffered great pain of body and mind, permanent impairment, and has been prevented from engaging in his regular activities.

***WHEREFORE***, Plaintiff demands judgment against Defendant in an amount sufficient to reimburse him for his injuries, permanent impairment, past and future medical expenses, costs, attorney's fees and such other compensatory or punitive damages as this Court deems just.

JURY DEMAND

Plaintiff demands a trial by jury. Joseph R. Daigle is designated as trial counsel.

Plaintiff,
Ken Marot,
By His Attorney,

Ericka L. Hughes, #6610
Joseph R. Daigle, #5429
GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, RI 02920
Tel.: (401) 942-4300
Fax.: (401) 946-0970

Dated: January 25, 2006