AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

KEN MAROT,
PLAINTIFF

V.

SAM AN D JUDY HAIGH,
DEFENDANTS

**APPEARANCE**

Case Number: CA 06 35S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for KEN MAROT

I certify that I am admitted to practice in this court.

Date JANUARY 26, 2006

Signature Joseph R Daigle

Print Name JOSEPH R. DAIGLE

Bar Number 5429

Address GELFUSO & LACHUT, INC.
1193 Reservoir Avenue

City Cranston State RI Zip Code 02920

Phone Number 401-942-4300

Fax Number 401-946-0970