UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KEN MAROT :
:
vs. : C.A.: 06-35S
:
SAM HAIGH and JUDY HAIGH :

## ENTRY OF APPEARANCE

I, John A. Baglini, enter my appearance on behalf of the defendants, Sam Haigh and Judy Haigh.

John A. Baglini, - #1578
HIGGINS & SLATTERY
Turks Head Building
76 Westminster Street
Suite 1150
Providence, RI 02903
(401) 751-3600
(401) 751-4648

Dated: April 11, 2006

## CERTIFICATION

I hereby certify that I mailed a true copy of the foregoing document to Joseph R. Daigle, Esq. Gelfuso & Lachut, Inc., 1193 Reservoir Avenue, Cranston, RI 02920, on this 11th day of April, 2006.