UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KEN MAROT :
:
vs. : C.A.: 06-35S
:
SAM HAIGH and JUDY HAIGH :

**ANSWER OF DEFENDANTS**

1. Defendants do not possess sufficient knowledge or information to either admit or deny the allegations in Paragraph 1 and leaves plaintiff to his proof.

2. Defendants deny the allegations in Paragraphs 2 and 3 except to admit they reside on the same in part of the summer months.

3. Defendant, Sam Haigh, admits he was the owner of the boat named "The General" and Defendant, Judy Haigh, denies the same.

4. Defendants leave plaintiff to his proof with respect to the allegations in Paragraph 5 and denies the allegations in Paragraph 6.

5. Defendants leave plaintiff to his proof with respect to the allegations in Paragraph 7.

6. Defendant, Sam Haigh, admits the allegations in Paragraph 8 and Defendant, Judy Haigh, denies the same.

7. Defendants, upon information and belief, admit plaintiff owns a boat and believes it was moored in Wickford Cove on the date alleged.

8. Defendants admit on July 4, 2003, Defendant, Sam Haigh's boat was in the water of the Wickford Cove as was plaintiff's boat and defendants had guests on board and deny any remaining allegations.

9. Defendants do not possess sufficient knowledge or information to either admit or deny the allegations in Paragraph 11 and leaves plaintiff to

his proof.

10. Defendant, Sam Haigh, admits that he discharged from his boat while in the Wickford Cove, a Gailbreath Breeches Lyle Gun and denies the remaining allegations in Paragraph 12.

11. Defendants do not possess sufficient knowledge or information to either admit or deny the allegations in Paragraph 13 and leaves plaintiff to his proof.

12. Defendants deny the allegations in Paragraph 14.

13. Defendants incorporate herewith their responses to the allegations in Paragraphs 1 through 14, as they are re-alleged in Paragraph 15.

14. To whatever duties defendants had under the circumstances as alleged in Paragraph 16, defendant refers plaintiff to Rhode Island law.

15. Defendants deny the allegations in Paragraphs 17, 18, and 19.

16. The defendants incorporate herewith by reference their responses to the allegations in Paragraph 1 through 19, as they are re-alleged in Paragraph 20, and deny the allegations in Paragraphs 21 and 22.

Defendants, Sam Haigh and
Judy Haigh, By Their Attorney,

John A. Baglini, - # 1578
HIGGINS & SLATTERY
Turks Head Building
76 Westminster Street
Suite 1150
Providence, RI 02903
(401) 751-3600
(401) 751-4648

**DEFENDANTS DEMAND TRIAL BY JURY.**

## CERTIFICATION

I hereby certify that I mailed a true copy of the foregoing document to Joseph R. Daigle, Esq. Gelfuso & Lachut, Inc., 1193 Reservoir Avenue, Cranston, RI 02920, on this 11th day of April, 2006.