UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
APR 12 2006
Property of U.S. District Court
District of Rhode Island

KEN MAROT :
:
vs. : C.A.: 06-35S
:
SAM HAIGH and JUDY HAIGH :

## STIPULATION

Defendants may file their answer to the complaint on or before April 15, 2006, as though filed within the time permitted by rules of court.

Ken Marot, By His Attorney,

Joseph R. Daigle

Joseph R. Daigle, - # 5429
GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, RI 02920
(401) 942-4300
(401) 946-0970

Dated: 4-5-06

ENTER WEM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 4/12/06