UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KEN MAROT,
Plaintiff,

v.

SAM HAIGH and JUDY HAIGH,
Defendants.

C.A. NO.: 06-35S

PLAINTIFF'S MOTION TO EXTEND TIME

Plaintiff, Ken Marot, hereby moves this Honorable Court to issue an Order extending the time within which he may Answer Defendant's Interrogatories. As grounds, Plaintiff states:

1. By agreement of the Parties, Plaintiff's Answers to Interrogatories were due to be served on Defendant on June 23, 2006.

2. On May 16, 2006, Plaintiff's counsel learned that his mother, Rita Daigle, had suffered a stroke. On May 20, 2006, she died. Because of her illness and death, Plaintiff's counsel was unexpectedly away from work for a period of nine days. Since returning to work, Plaintiff's counsel has endeavored to meet deadlines despite the unexpected delay.

N:/Clients/Marot/pleadings/Mo.4.Protective.or
JRD/062306/1

3. Plaintiff's counsel is currently scheduled to commence a three-day jury trial in the Providence County Superior Court on June 28, 2006, and must file an opposition to a Summary Judgment Motion in a separate case in Superior Court by June 26, 2006.

4. Plaintiff has contacted Defendant's counsel in this matter regarding obtaining a short extension on the time to answer or otherwise respond to the Interrogatories, but as of the time of this filing has not obtained a response.

***WHEREFORE***, Plaintiff prays that this Honorable Court enter an Order extending by fourteen days, up to and including July 7, 2006, the time within which Plaintiff may answer or otherwise respond to Defendant's Interrogatories.

Plaintiff,

Ken Marot,

By His Attorney,

Joseph R. Daigle, #5429
GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, RI 02920
Tel.: (401) 942-4300
Fax.: (401) 946-0970

N:/Clients/Marot/pleadings/Mo.4.Protective.or
JRD/062306/1

CERTIFICATE OF SERVICE

I certify that a copy of the above was served on the following counsel of record by regular mail and facsimile on June 23, 2006:

John A. Baglini
Higgins & Slattery
Turks Head Building
76 Westminster Street
Suite 1150
Providence, RI 02903

Lynn A. Kriey

N:/Clients/Marot/pleadings/Mo.4.Protective.or
JRD/062306/1