UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KEN MAROT :
:
vs. : C.A.: 06-35S
:
SAM HAIGH and JUDY HAIGH :

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO EXTEND**

Defendants have no objection to plaintiff's motion to extend the time within which plaintiff is required to answer interrogatories, on or before July 7, 2006.

Defendants, Sam Haigh and
Judy Haigh, By Their Attorney,

John A. Baglini, - # 1578
HIGGINS & SLATTERY
Turks Head Building
76 Westminster Street
Suite 1150
Providence, RI 02903
(401) 751-3600
(401) 751-4648

## CERTIFICATION

I hereby certify that I mailed a true copy of the foregoing document to Joseph R. Daigle, Esq. Gelfuso & Lachut, Inc., 1193 Reservoir Avenue, Cranston, RI 02920, on this 27th day of June, 2006.

Brianne M. Castaria Brunelle