6/28/06; GRANTED for Good Cause Shown. [signature] USMJ

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 26 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEN MAROT,
Plaintiff,

v.

SAM HAIGH and JUDY HAIGH,
Defendants.

C.A. NO.: 06-35S

PLAINTIFF'S MOTION TO EXTEND TIME

Plaintiff, Ken Marot, hereby moves this Honorable Court to issue an Order extending the time within which he may Answer Defendant's Interrogatories. As grounds, Plaintiff states:

1. By agreement of the Parties, Plaintiff's Answers to Interrogatories were due to be served on Defendant on June 23, 2006.

2. On May 16, 2006, Plaintiff's counsel learned that his mother, Rita Daigle, had suffered a stroke. On May 20, 2006, she died. Because of her illness and death, Plaintiff's counsel was unexpectedly away from work for a period of nine days. Since returning to work, Plaintiff's counsel has endeavored to meet deadlines despite the unexpected delay.

Referred to U.S.M.J. [signature]
☐ for findings & recommendations
☒ for determination
☐ ______
William E. Smith, District Judge
Date: 6/27/06

SCANNED

N:/Clients/Marot/pleadings/Mo.4.Protective.or
JRD/062306/1