UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KEN MAROT | : | |
| | : | |
| vs. | : | C.A.: 06-35S |
| | : | |
| SAM HAIGH and JUDY HAIGH | : | |

**NOTICE OF TAKING DEPOSITION**

TO: Joseph R. Daigle, Esq.
Gelfuso & Lachut, Inc.
1193 Reservoir Avenue
Cranston, RI 02920.

Irons & Associates
31 Harris Avenue
Portsmouth, RI 02780

Please take notice that at **10:00 a.m.**, on **Wednesday, September 27, 2006**, at the office of Higgins & Slattery, Turks Head Building, 76 Westminster Street, Suite 1150, Providence, RI 02903 the defendants, Sam Haigh and Judy Haigh, in the above-entitled action, by their attorney, will take the deposition upon oral examination of the **Custodian of Records of the University of Otolaryngology, 1351 South County Trial, East Greenwich, RI 02818,** pursuant to the applicable rules of the Rhode Island Rules of Civil Procedure, before a Notary Public in and for the State of Rhode Island, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

The deponent shall bring to this oral examination complete records as specified below:

Full and complete records regarding treatment received by Kenneth Marot, date of birth: January 31, 1950, and diagnostic testing, questionnaires, complaints, records of any type or nature you have regarding Mr. Marot from January 1, 1993, up to the present day.

You are invited to attend and cross-examine.

Defendants, Sam Haigh and
Judy Haigh,
By Their Attorney,

/s/ John A. Baglini

John A. Baglini - #1578
HIGGINS & SLATTERY
Turks Head Building
76 Westminster Street
Suite 1150
Providence, RI 02903
(401) 751-3600
(401) 751-4648
john.baglini@higginsandslattery.com

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing document to the above named attorney and court reporter by first-class mail, postage prepaid, on this 31st day of August, 2006.

/s/ John A. Baglini