# NOTIFICATION

Section 5-37.3-6.1 of the General Laws enables an individual whose health care information is being sought by a subpoena duces tecum to challenge the subpoena by filing a motion to quash within twenty (20) days of the date of service. Please refer to the statute to obtain the complete rights, obligations and time requirements governing confidential health care information.

/s/ John A. Baglini
John A. Baglini - #1578
Attorney for Defendants
HIGGINS & SLATTERY
Turks Head Building
76 Westminster Street
Suite 1150
Providence, RI 02903
(401) 751-3600
(401) 751-4648
john.baglini@higginsandslattery.com

# CERTIFICATION

I hereby certify that I mailed a copy of the above notice to Joseph R. Daigle, Esq., Gelfuso & Lachut, Inc., 1193 Reservoir Avenue, Cranston, RI 02920, by first-class mail, postage prepaid, on this 31st day of August, 2006.

/s/ John A. Baglini