Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF

KEN MAROT

V.

SAM HAIGH and JUDY HAIGH

## SUBPOENA IN A CIVIL CASE

Case Number:[1] C.A. 06-35S

TO: KEEPER OF RECORDS OF RHODE ISLAND HOSPITAL
593 EDDY STREET, PROVIDENCE, RI 02903

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

FULL AND COMPLETE RECORDS REGARDING TREATMENT RECEIVED BY KENNETH MAROT, DATE OF BIRTH: JANUARY 31, 1950, FROM JANUARY 1, 1997, UP TO THE PRESENT DAY.

| PLACE | DATE AND TIME |
|---|---|
| HIGGINS & SLATTERY, TURKS HEAD BUILDING 76 WESTMINSTER STREET, SUITE 1150, PROVIDENCE, RI 02903 | 9/27/06 at 10:30 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] ATTORNEY FOR DEFENDANTS | AUGUST 31, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
JOHN A. BAGLINI, ESQ., HIGGINS & SLATTERY, TURKS HEAD BUILDING,
76 WESTMINSTER STREET, SUITE 1150, PROVIDENCE, RI 02903 401-751-3600

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.