UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KEN MAROT | : | |
| | : | |
| vs. | : | C.A.: 06-35S |
| | : | |
| SAM HAIGH and JUDY HAIGH | : | |

**NOTICE OF TAKING DEPOSITION**

TO: Joseph R. Daigle, Esq.
Gelfuso & Lachut, Inc.
1193 Reservoir Avenue
Cranston, RI 02920

Casamo & Associates
1010 Cameron Street
Alexandria, VA 22314

Please take notice that at **11:00 a.m.,** on **Tuesday, September 26, 2006,** at the offices of **Trichilo Bancroft McGavin Horvath & Judkins, P.C., 3920 University Drive, Fairfax, VA 22030**, the defendants, SAM HAIGH and JUDY HAIGH, in the above-entitled action, by their attorney, will take the deposition upon oral examination of **KELLY O'DONNELL**, pursuant to the applicable Rhode Island Rules of Civil Procedure, before a Notary Public in and for the State of Rhode Island, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

You are invited to attend and cross-examine.

The Defendants, Sam Haigh and
Judy Haigh,
By Their Attorney,

/s/ John A. Baglini
John A. Baglini - #1578
HIGGINS & SLATTERY
Turks Head Building
76 Westminster Street
Suite 1150
Providence, RI 02903
(401) 751-3600
(401) 751-4648
john.baglini@higginsandslattery.com

**THIS NOTICE SERVES TO CANCEL THE PREVIOUS DATE AND TIME OF SEPTEMBER 18, 2006, AT 10:00 A.M.**

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing document to the above named attorney and court stenographer, by first class mail, postage pre-paid, on this 8th day of September, 2006.

/s/ John A. Baglini