UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KEN MAROT,<br>Plaintiff, | |
| v. | C.A. NO.: 06-35S |
| SAM HAIGH and JUDY HAIGH,<br>Defendants. | |

NOTICE TO TAKE DEPOSITION

**WITNESS:** JUDY HAIGH
**DATE:** October 12, 2006
**TIME:** 1:00 P.M.

PLEASE TAKE NOTICE the Plaintiff in the above-captioned matter will take the deposition of the above-named individual on oral examination. This deposition will be taken at the time set forth above before a Notary Public of the State of Rhode Island and continue from day to day until completed, at the Law office of GELFUSO & LACHUT, 1193 Reservoir Avenue, Cranston, Rhode Island, at which time and place you are hereby notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Plaintiff,

Ken Marot,

By His Attorney,

__/s/ Joseph R. Daigle ______

Joseph R. Daigle, #5429
GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, RI 02920
Tel.: (401) 942-4300
Fax.: (401) 946-0970

N:/Clients/Marot/pleadings/NOD-judy
21/100306/2

CERTIFICATE OF SERVICE

I certify that a copy of the above was served on the following counsel of record by First Class Mail on October 3, 2006:

John A. Baglini
Higgins & Slattery
Turks Head Building
76 Westminster Street
Suite 1150
Providence, RI 02903

_/s/ Joseph R. Daigle _____

N:/Clients/Marot/pleadings/NOD-judy
21/100306/2