UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KEN MAROT | : | |
| | : | |
| vs. | : | C.A.: 06-35S |
| | : | |
| SAM HAIGH and JUDY HAIGH | : | |

**NOTICE OF TAKING DEPOSITION**

TO: Joseph R. Daigle, Esq.
Gelfuso & Lachut, Inc.
1193 Reservoir Avenue
Cranston, RI 02920

Irons & Associates
31 Harris Avenue
Portsmouth, RI 02780

Please take notice that at **3:00 p.m.,** on **Monday, October 16, 2006,** at the offices of **Higgins & Slattery, Turks Head Building, 76 Westminster Street, Suite 1150, Providence, RI 02903,** the defendants, SAM HAIGH and JUDY HAIGH, in the above-entitled action, by their attorney, will take the deposition upon oral examination of **DEBORAH MERCURE**, pursuant to the applicable Rhode Island Rules of Civil Procedure, before a Notary Public in and for the State of Rhode Island, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

You are invited to attend and cross-examine.

The Defendants, Sam Haigh and
Judy Haigh,
By Their Attorney,

/s/ John A. Baglini

John A. Baglini - #1578
HIGGINS & SLATTERY
Turks Head Building
76 Westminster Street
Suite 1150
Providence, RI 02903
(401) 751-3600
(401) 751-4648
john.baglini@higginsandslattery.com

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing document to the above named attorney and court stenographer, by first class mail, postage pre-paid, on this 6th day of October, 2006.

/s/ John A. Baglini