Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF

KEN MAROT

V

SAM HAIGH and JUDY HAIGH

## SUBPOENA IN A CIVIL CASE

Case Number:[1] C.A. NO.: 06-35S

TO: MS. DEBORAH MERCURE, 660 BEVERAGE HILL AVENUE, PAWTUCKET, RI 02861

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| HIGGINS & SLATTERY, TURKS HEAD BUILDING<br>76 WESTMINSTER STREET, SUITE 1150, PROVIDENCE, RI | OCTOBER 16, 2006, AT 3:00 P |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| John A. Baglini ATTORNEY FOR DEFENDANTS | OCTOBER 5, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
JOHN A. BAGLINI, ESQ., HIGGINS & SLATTERY
TURKS HEAD BUILDING, 76 WESTMINSTER STREET, SUITE 1150, PROVIDENCE, RI 02903

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.