UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KEN MAROT,
Plaintiff,

v. C.A. NO.: 06-35S

SAM HAIGH and JUDY HAIGH,
Defendants.

JOINT MOTION TO CONTINUE DEADLINES

Now come counsel for the parties in the above-captioned action and hereby request this Honorable Court grant them a continuance on discovery and all other deadlines. As grounds, the parties state:

1. There are a number of potential eye-witnesses who have not been deposed yet. Discovery is ongoing and the parties intend to take additional depositions; and
2. Plaintiff is in the process of retaining an expert witness to opine regarding the explosive force of the antique cannon used by Defendants at the time of the incident. The parties have not reached an agreement about what if any testing Plaintiff’s expert may perform on the cannon. The parties may have to apply to the Court for guidance on the location and methods of the tests to be performed.

***WHEREFORE***, the Parties request this Honorable Court grant them a three-month extension on discovery and all pretrial deadlines.

Plaintiff,

Ken Marot,

By His Attorney,

_/s/ Joseph R. Daigle____
Joseph R. Daigle, #5429
Gelfuso & Lachut, Inc.
1193 Reservoir Avenue
Cranston, RI 02920
Tel.: (401) 942-4300
Fax.: (401) 946-0970

Defendants,

Sam Haigh and Judy Haigh,

By Their Attorney,

_/s/ John A. Baglini_____
John A. Baglini, #1578
Higgins & Slattery
Turks Head Building
76 Westminster Street
Suite 1150
Providence, RI 02903
751-3600
Fax: 751-4648

N:/Clients/Marot/pleadings/Mot.2.cont.
JRD/10250623