UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KEN MAROT,
Plaintiff,

v. C.A. NO.: 06-35S

SAM HAIGH and JUDY HAIGH,
Defendants.

PLAINTIFF'S MOTION TO COMPEL

Plaintiff, Ken Marot, hereby moves this Honorable Court to issue an Order compelling Defendants to Answer Interrogatories and to Supplement their Initial Disclosures. As grounds, Plaintiff states:

1. On May 15, 2006, Defendants filed their Initial Disclosures with the Court. Defendants identified nine witnesses in their initial disclosures, but fail to provide full addresses for them. Defendants promised: "addresses to be obtained and furnished." Defendants' Initial Disclosures also state that Defendants will produce 1.) photographs of Defendants' boat, The General, and the firing of Defendants' cannon as of July 4, 2003, and 2.) a copy of Defendants' insurance policy.

2. On September 8, 2006, Plaintiff's counsel served Interrogatories and Requests for Production of Documents and Tangible Things on Plaintiffs Pursuant to F.R.C.P. 33 and 34. (A copy of the Interrogatories and Requests for Production are attached hereto as Exhibit "1" and "2.") More than thirty days have passed, yet Defendants have never answered these Interrogatories or responded to the Requests for Production.

3. On October 20, 2006, Plaintiff's counsel requested that Defendants Supplement their initial disclosures, answer the interrogatories and respond to the Requests for Production.

4. No response to this letter has been forthcoming.

***WHEREFORE***, Plaintiff prays that this Honorable Court enter an Order compelling Defendants to supplement their Initial Disclosures, Answer Plaintiff's Interrogatories, and respond to the Requests for Production within twenty days.

CERTIFICATE OF GOOD FAITH

I hereby certify pursuant to F.R.C.P. Rule 37(a)(2) that I have conferred with Defendants' counsel and attempted to resolve

this matter prior to filing this motion.

Plaintiff,

Ken Marot,

By His Attorney,

__*/s/ Joseph R. Daigle*__________

Joseph R. Daigle, #5429
GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, RI 02920
Tel.: (401) 942-4300
Fax.: (401) 946-0970

CERTIFICATE OF SERVICE

I certify that a copy of the above was served on the following counsel of record electronically on October , 2006:

John A. Baglini
Higgins & Slattery
Turks Head Building
76 Westminster Street
Suite 1150
Providence, RI 02903

______________________________

N:/Clients/Marot/pleadings/Mo.4.Protective.or
JRD/062306/3