UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KEN MAROT,
Plaintiff,

v. C.A. NO.: 06-35S

SAM HAIGH and JUDY HAIGH,
Defendants.

PLAINTIFF'S INTERROGATORIES TO DEFENDANT SAM HAIGH

Plaintiff propounds the following Interrogatories to Defendant Sam Haigh to be answered within thirty (30) days pursuant to Federal Rule of Civil Procedure 33.

DEFINITIONS

1. **Communication.** The term "communication" means the transmittal of information (in the form of fax, correspondence, ideas, inquiries, or otherwise).

2. **Document.** The term "document" is defined to be synonymous in meaning and equal in scope to writings, drawings, graphs, charts, photographs, phono records, and other data compilations from which information can be obtained, translated, if necessary, by the respondent through detection devices into reasonably usable form) as defined within Federal Rule Civ. P. 34(a). A draft or non-identical copy is a separate document within the meaning of this term.

3. **Parties.**

   a. "Plaintiff" means "Ken Marot."

   b. "Defendants" mean "Sam Haigh" and "Judy Haigh", their agents, officers, employees, insurers and anyone acting or purporting to act on its behalf.

c. “You”, “Yours”, and “Yourself” means “Defendants” mean "Sam Haigh" and “Judy Haigh”, their agents, officers, employees, insurers and anyone acting or purporting to act on its behalf.

4. “Related to”. The term "related to" means referring to, concerning, describing, evidencing, or constituting.

5. “The General”. The term “the General” refers to the restored Army “T boat” owned by the Plaintiffs.

6. “The Cannon” means the artillery piece fired from the General on July 4, 2003.

7. “The charges” refers to any explosive charges used by you in firing the Cannon.

INTERROGORIES

1. Please identify the person or persons who took the photographs depicting the General that appear in the January 2004 issue of Soundings magazine and state the best of your knowledge the place and time each photograph was taken.

2. Please identify the cannon fired from the General on the night in questions and include in your answer:

(a) The type
(b) The model number
(c) The series number
(d) The manufacturer

3. Please identify the type of charge fired from the cannon on board the General on the night in questions and include in your answer:

(a) The size of the charge
(b) The type
(c) The manufacturer of the charge
(d) The supplier of the charge

4. Please identify any type of training, certification or licensing program you have undergone with regard to the

operation of artillery pieces such as the cannon and identify in your answer:

(a) The place of such training
(b) The dates you underwent such training
(c) The institution or governmental authority giving such training or certification
(d) The governmental agency issuing any license to you

5. Please identify any and all claims that have been brought against you as a result of your operating or use of the cannon.

6. Has any insurance company issues a reservation of rights letter with regard to the subject incident or Plaintiff's claim against you in this matter?

7. Please identify any and all medications you took within 24 hours of the incident.

8. Please identify any and all alcoholic beverages you consumed within 12 hours of the subject incident and include in your answer the time of such consumption, the type and quantity of such alcohol.

9. Please identify any warnings, citations or convictions you have received relating to your use, possession or ownership of the subject cannon.

10. Identify the persons in the photograph on page 23 of the January 2004 issue of Soundings Magazine, a copy of which

is, upon information and belief, already in the custody of Defense counsel.

Plaintiff,

Ken Marot,

By His Attorney,

______________________________

Joseph R. Daigle, #5429
GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, RI 02920
Tel.: (401) 942-4300
Fax.: (401) 946-0970

CERTIFICATE OF SERVICE

I certify that a copy of the above was served on the following counsel of record by First Class Mail on September 8, 2006:

John A. Baglini
Higgins & Slattery
Turks Head Building
76 Westminster Street
Suite 1150
Providence, RI 02903

______________________

N:/Clients/Marot/pleadings/Interrogatories
JRD/090606/2