UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KEN MAROT,
Plaintiff,

v. C.A. NO.: 06-35S

SAM HAIGH and JUDY HAIGH,
Defendants.

PLAINTIFF'S REQUESTS FOR PRODUCTION
OF DOCUMENTS AND TANGIBLE THINGS

Plaintiff, hereby requests pursuant to Federal Rule of Civil Procedure No. 34 that Defendants Produce the following for inspection and/or copying.

DEFINITIONS

1. **Communication.** The term "communication" means the transmittal of information (in the form of fax, correspondence, ideas, inquiries, or otherwise).

2. **Document.** The term "document" is defined to be synonymous in meaning and equal in scope to writings, drawings, graphs, charts, photographs, phono records, and other data compilations from which information can be obtained, translated, if necessary, by the respondent through detection devices into reasonably usable form) as defined within Federal Rule Civ. P. 34(a). A draft or non-identical copy is a separate document within the meaning of this term.

3. **Parties.**

a. "Plaintiff" means "Ken Marot."

N:/Clients/Marot/pleadings/Requests.F.P.
JRD/090606/4

b. “Defendants” mean "Sam Haigh" and “Judy Haigh”, their agents, officers, employees, insurers and anyone acting or purporting to act on its behalf.

c. “You”, “Yours”, and “Yourself” means “Defendants” mean "Sam Haigh" and “Judy Haigh”, their agents, officers, employees, insurers and anyone acting or purporting to act on its behalf.

4. “Related to”. The term "related to" means referring to, concerning, describing, evidencing, or constituting.

5. “The General”. The term “the General” refers to the restored Army “T boat” owned by the Plaintiffs.

6. “The Cannon” means the artillery piece fired from the General on July 4, 2003.

7. “The charges” refers to any explosive charges used by you in firing the Cannon.

REQUESTS

1. The cannon.

2. A sample round of the type of charge fired by you from the cannon on July 4, 2003.

3. Any headphones, earplugs or other sound remediation devices used by you in your operation of the cannon.

4. Copies of all photographs in your possession of the cannon being fired

5. Copies of all licenses or certifications relating to your operation of the cannon

6. Copies of all citations, warnings, criminal information or criminal complaints you have received in relation to your operation, possession or use of the cannon.

7. Any and all correspondence or other documentation with regarding to complaints you have received with regard to your use of the Cannon.

8. Any documents memorializing any claims that have been made with regard to your use and operation of the cannon.

9. The results of any hearing tests that have been performed on you within the past five years.

10. Any and all directions, owner's manual, instructions, guarantees, warrantees, manufacturer's specifications, diagrams or other written materials in your possession that relate to the cannon.

11. Any and all directions, owner's manual, instructions, guarantees, warrantees, manufacturer's specifications or other written materials in your possession that relate to the subject charges.

12. Any and all witness statements relating to the subject accident;

13. Any and all documents in your possession that you intend to submit into evidence at the trial of this matter.

14. Any photographs in your possession of the vessel Aolani.

15. Any spent casing from the charges fired from the General on the night of July 4, 2003.

16. Any photographs, diagrams, blue pints or plans showing the deck of the General.

17. Any receipts, invoices or credit card statements identifying the vendor from whom you purchased the charges used on July 4, 2003.

* * * *

If any information is withheld on a claim that it is privileged or subject to protection as trial preparation, the claim shall be made expressly and shall be supported by a description of the nature of the communications not disclosed

that is sufficient to enable the propounding party to contest the claim.

Plaintiff,

Ken Marot,

By His Attorney,

Joseph R. Daigle, #5429
GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, RI 02920
Tel.: (401) 942-4300
Fax.: (401) 946-0970

CERTIFICATE OF SERVICE

I certify that a copy of the above was served on the following counsel of record by First Class mail on September 8, 2006:

John A. Baglini
Higgins & Slattery
Turks Head Building
76 Westminster Street
Suite 1150
Providence, RI 02903

N:/Clients/Marot/pleadings/Requests.F.P.
JRD/090606/4