UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KEN MAROT | : | |
| | : | |
| vs. | : | C.A.: 06-35S |
| | : | |
| SAM HAIGH and JUDY HAIGH | : | |

**DEFENDANTS' OBJECTION TO**
**PLAINTIFF'S MOTION TO COMPEL**

Defendants object to plaintiff's motion to compel answers to interrogatories and to supplement initial disclosures on the grounds that on November 6, 2006, defendants filed sworn answers to interrogatories and filed a response to plaintiff's request for production and also filed an amended initial disclosure sheet.

Defendants pray that the motion be denied.

Defendants, Sam Haigh and
Judy Haigh, By Their Attorney,

/s/ John A. Baglini

John A. Baglini, - #1578
HIGGINS & SLATTERY
Turks Head Building
76 Westminster Street
Suite 1150
Providence, RI 02903
(401) 751-3600
(401) 751-4648

# CERTIFICATION

I hereby certify that I mailed a true copy of the foregoing document to Joseph R. Daigle, Esq. Gelfuso & Lachut, Inc., 1193 Reservoir Avenue, Cranston, RI 02920, on this 21st day of November, 2006.

/s/ John A. Baglini