UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KEN MAROT :
vs. : C.A.: 06-35S
:
SAM HAIGH and JUDY HAIGH :

**DEFENDANTS' ANSWERS**
**PLAINTIFF'S INTERROGATORIES**

1. Please identify the person or persons who took the photographs depicting the General that appear in the January 2004 issue of Soundings magazine and state the best of your knowledge the place and time each photographs was taken.

Answer No. 1: All photographs were taken by the photographer for Soundings Magazine, in the Summer of ~~1992~~ 2002 when the boat was at the dock at Norwalk Cove Marina, Norwalk, CT., with the exception of the photos of the boat under way, taken by Anne Nelson in the Long Island Sound, the firing of the gun, taken by Denise Ripley at Block Island in 2000 or 2001, and the engine room shot taken by Sam Haigh in Norwalk, CT, in 2000.

2. Please identify the cannon fired from the General on the night in question and include in your answer:

a. The type;
b. The model number;
c. The series number;
d. The manufacturer

Answer No. 2:

a. Galbraith Gun.
b. None.
c. None.
d. C.C. Galbraith & Sons, NY, NY.

3. Please identify the type or charge fired form the cannon on board the General on the night in question and include in your answer:

a. The size of the charge;
b. The type;
c. The manufacturer of the charge;
d. The supplier of the charge

**Answer No. 3:**

a. Three shot glasses.
b. GOEX black rifle powder.
c. GOEX, Inc., Highway 80 Gate, 4, Area G, Minden, LA 77105
d. R. Berkley (Berk) George, Ye Olde Cannon Maker, 20 Amber Trail, Madison, CT 06443

2. Please identify any type of training, certification or licensing program you have undergone with regard to the operation of artillery pieces such as the cannon and identify in your answer:

a. The place of such training;
b. The dates you underwent such training;
c. The institution or governmental authority giving such training or certification;
d. The governmental agency issuing any license to you.

**Answer No. 4:** None.

3. Please identify any and all claims that have been brought against you as a result of your operation or use of the cannon.

**Answer No. 5:** None.

4. Has any insurance company issued a reservation of rights letter with regard to the subject incident or Plaintiff's claim against you in this matter?

**Answer No. 6:** No.

7. Please identify any and all medications you took within 24 hours of the incident.

> Answer No. 7: Glucatrol for mild adult onset diabetes and one baby aspirin.

8. Please identify any and all alcoholic beverage you consumer within 12 hours of the subject incident and include in your answer the time of such consumption, the type and quantity of such alcohol.

> Answer No. 8: One glass of Merlot two hours prior to leaving the slip.

9. Please identify any warnings, citations or convictions you have received relating to your use, possession or ownership of the subject cannon.

> Answer No. 9: None.

10. Identify the persons in the photographs on page 23 of the January 2004 issue of Sounds Magazine, a copy of which is, upon information and belief, already in the custody of Defense counsel.

> Answer No. 10: Robert Skelly and A. Greg Gutsell, Jr., office of the Secretary of Defense, Iowa, Committee for Employer Support of the Guard and Reserve, 1203 Highland Court, Bettendorf, Iowa, 52722.

Sam Haigh

Subscribed to and sworn before me this 6th day of November, 2006.

Notary Public

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing document to Joseph R. Daigle, Esq. Gelfuso & Lachut, Inc., 1193 Reservoir Avenue, Cranston, RI 02920, on this 6th day of November, 2006.