UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KEN MAROT | : | |
| | : | |
| vs. | : | C.A.: 06-35S |
| | : | |
| SAM HAIGH and JUDY HAIGH | : | |

**DEFENDANTS' AMENDED INITIAL DISCLOSURES**

Defendants, Sam Haigh and Judy Haigh, disclose the following pursuant to the Federal Rules of Civil Procedure 26(a)(1):

1. Witnesses

a. Sam Haigh and Judy Haigh, 860 Canal Street Annex, Stamford, CT 06902-6953

b. Jack Haigh, Sr., 40 Bay Street, Wickford, Rhode Island, 02852 and wife, Deborah

c. George Varga, Brewers Cove Marina, Reynolds Street, Wickford, RI

d. Ernest Wilcox, Enfield Avenue, North Kingstown, RI

e. Paul and Maria Rivers, 69 Harkness Drive, Madison, CT 06443

f. Jack Haigh, Jr., and Karen Haigh, Norwalk Cove Marina, 45 Beach Road, East Norwalk, CT 06855

g. Bob and Denise Ripley, Seaport Electric Norwalk, CT, and 75 Kings Highway Cutoff Fairfield, CT 06824

h. Margaret Moynihan and Dennis Moynihan, 10 Westport Road, Wilton, CT 06897

i. Lincoln Finkenburg, 7 Tulip Tree Lane, Mamorneck, NY 10543

Krishna Finkenburg, 7 Tulip Tree Lane, Mamorneck, NY 10543



k. Bob and Mayaugust Pelton, Maryland

Sam L. Haigh and Karen Haigh, 404 Shrewsbury Avenue, Redbank, NJ 07701.

We believe the individuals who were on The General at the time of the incident on July 4, 2003, were Robert Ripley, Denise Ripley, Paul Rivers, Marla Rivers, Jack Haigh, Jr., Karen Haigh, Sam L. Haigh and Karen Haigh Krishna and Lincoln Finkenburg, Bob and Mayaugust Pelton.

2. Documentary Evidence

Photos have already been furnished to the plaintiff, but none of which cover the firing on July 4, 2003, but from other firings. All the documents introduced at the depositions of Andrew and Kelly O'Donnell and Ken Marot will be exhibits at trial as will be any and all documents prepared by our experts and they will be disclosed at the time required by the pretrial court order.

3. A copy of the insurance policy providing insurance for defendant's boat is enclosed.

Defendants, Sam Haigh and
Judy Haigh, By Their Attorney,

John A. Baglini, - # 1578
HIGGINS & SLATTERY
Turks Head Building
76 Westminster Street
Suite 1150
Providence, RI 02903
(401) 751-3600
(401) 751-4648

## CERTIFICATION



I hereby certify that I mailed a true copy of the foregoing document to Joseph R. Daigle, Esq. Gelfuso & Lachut, Inc., 1193 Reservoir Avenue, Cranston, RI 02920, on this 6th day of November, 2006.