HIGGINS & SLATTERY
ATTORNEYS AT LAW

JOHN A. BAGLINI*
ROBERT J. DUMOUCHEL
JOHN A. MCQUEENEY
JOSEPH W. BAGLINI*

*ALSO ADMITTED IN MASSACHUSETTS

JAMES A. HIGGINS
(1927-1985)
EUGENE V. HIGGINS
(1947-1999)

TURKS HEAD BUILDING
76 WESTMINSTER STREET, SUITE 1150
PROVIDENCE, RHODE ISLAND 02903-2215

TEL. 401-751-3600
FAX 401-751-4648
EMAIL: firm@higginsandslattery.com

December 1, 2006

Joseph R. Daigle, Esq.
Galfuso & Lachut, Inc.
1193 Reservoir Avenue
Cranston, RI 02920

Re: Ken Marot vs. Sam Haigh and Judy Haigh

Dear Joe:

During the deposition that you took of my clients on November 27, 2006, you asked to inspect the container my client used to measure the powder and I said I would obtain it and invite you to my office to view it. You also asked for copies of the label of the Goex can containing the powder and I will obtain copies of those labels and furnish it to you.

You also inquired about utilizing my client's cannon for the purpose of firing from it and using the power that my client used on July 4, 2003. I prefer if you would put that request in the form of a letter or a request as to what you seek to do. I expressed to you my inclination not to object to your using my client's cannon, but clearly specific terms have to be set forth as to where and how you will be utilizing the cannon. I advised you that the General, which has the cannon affixed by bolts to the deck, is now in winter storage in a marina in Norwalk, Connecticut. I discussed with you the most efficient way to handle this is to have the boat moved out of storage at your cost and the cannon fired in the Norwalk Harbor. If you were to request that the boat be moved to Wickford Harbor to fire the cannon I would ask my client to do so, but he would lose two days out of his employment as it takes thirteen (13) hours to navigate that boat from Norwalk to Wickford and, of course, back again to winter into storage.

Probably the most convenient time to test the cannon would be when he takes it out of storage in May 2007. At that time, we would make the appropriate arrangements for where and when it should be tested.

Furthermore, I would expect a protocol from you as to precisely who is your expert and what he would be doing to my client's cannon, that is the specific steps he would be taking to set the charge and fire it.

We discussed by telephone what the cost would be for moving the boat from the marina in Norwalk for the testing and I said I would ask Mr. Haigh to obtain a written estimate of what it would cost to have this done and as soon as I receive it I will promptly furnish it to you.

You have the names of multiple witnesses who I have identified in my answers to interrogatories who may be witnesses for the defendant at trial. If you wish to depose any of them I would be willing to see whether they would be agreeable to coming to Rhode Island as opposed to your traveling to their out of state home. Furnish me the names of the individuals and I will see what I can do.

Very truly yours,

John A. Baglini
john.baglini@higginsandslattery.com

JAB:rmcb

P.S. Please let me know whether you will agree to voluntarily dismiss Judy Haigh's case. I already sent you the stipulation.