JAN 03 2007

HIGGINS & SLATTERY
ATTORNEYS AT LAW

JOHN A. BAGLINI*
ROBERT J. DUMOUCHEL
JOHN A. McQUEENEY
JOSEPH W. BAGLINI*

*ALSO ADMITTED IN MASSACHUSETTS

JAMES A. HIGGINS
(1927-1985)
EUGENE V. HIGGINS
(1947-1999)

TURKS HEAD BUILDING
76 WESTMINSTER STREET, SUITE 1150
PROVIDENCE, RHODE ISLAND 02903-2215

TEL. 401-751-3600
FAX 401-751-4648
EMAIL: firm@higginsandslattery.com

December 27, 2006

Joseph R. Daigle, Esq.
Gelfuso & Lachut, Inc.
1193 Reservoir Avenue
Cranston, RI 02920

Re: Ken Marot vs. Sam Haigh and Judy Haigh

Dear Mr. Daigle:

You inquired as to the cost for an expense for your engaging someone to utilize tugboats to take the General out of its marina in Norwalk, Connecticut for the purpose of having the cannon fired and testing the decibel level. I had my client check with the general manager for that purpose and I am enclosing the general manager's reply of December 11, 2006. It is his professional opinion being a Ocean Rated US Coastguard Captain for years that it would not be prudent to remove the General from the winter slip. The specific reasons are set forth in his letter.

As I explained to you, the only reasonable alternative appears to be waiting until May when Mr. Haigh removes it from the winter slip or if you wish I will attempt to see whether it is feasible to have someone remove the cannon from the General and then transport it to a ship of your choosing, all at your client's expense. Simply stated, it may be well for you to bring this before the judge by motion seeking to postpone your testing until May.

Very truly yours,

John A. Baglini
john.baglini@higginsandslattery.com

JAB:rmcb
Enclosure

December 11, 2006

Mr. Sam Haigh
M/V General
48 Calf Pasture Beach Road
Norwalk, CT 06855

Dear Sam,

I am writing in response to a request to tow the M/V General from its winter slip to open water. First I will qualify my expertise; I am, and have been for more then twenty five years, an ocean rated U.S. Coast Guard Captain. I spent more then ten years in the tug boat industry towing barges. Currently, I am the General Manager of a four hundred slip marina in which we dock vessels from under twenty to over one hundred feet.

It is my professional opinion that it would not be prudent to remove from its winter slip, which is located inside the main marina basin, the decommissioned M/V General. The size and displacement of this vessel could cause problems leaving and returning to its winter slip under tow. The size of a tug to safely do this would not be able to maneuver in the space available. I would suggest waiting until the vessel is back in service and can go and come on its own.

Sincerely,

Stephen Babbitz
VP & General Manager

SB/ms

Norwalk Cove Marina, Inc.

48 BEACH ROAD, EAST NORWALK, CONNECTICUT 06855
203-838-2326 • FAX: 203-838-9756