UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KEN MAROT, Plaintiff, | |
| v. | C.A. NO.: 06-35S |
| SAM HAIGH and JUDY HAIGH, Defendants. | |

AFFIDAVIT OF KEN MAROT

I, Ken Marot, do hereby depose under oath and state:

1. I have brought suit in this matter to recover from hearing loss I suffered as a result of the explosive sound caused by Defendants' firing of a cannon from the deck of their boat, The General.

2. I understand that, in order to proceed to trial in this matter, I will need to obtain two expert opinions as to the cause of my injury, one from my treating physician and a second from an expert who will testify as to the decibel levels created by Defendants' cannon.

3. I understand that my attorneys have selected Dr. Geoffrey Akers of Guideline Research Services to perform testing on the Defendants' cannon and perform an analysis of the sound created by the detonation of charges at various distances under

conditions that are similar to those that existed on the night of my injury.

4. I have been informed that Dr. Akers and Guideline Research Services require a $3,000 non-refundable retainer fee before commencing work on my case.

5. I also understand that, in order for the cannon to be tested under circumstances similar to those that lead to my injury, that is from the deck of The General while the boat is on the open water, will require that the boat be removed from winter storage by tug boat and that this will create a significant additional expense.

6. At this time, my only source of income are 1.) approximately $500 I receive per month from my pension from Cookson America, and 2.) unemployment benefits I receive from the State of Rhode Island (which will expire this month).

7. Since July of 2006, I have been devoting my time and money to opening a coffee/sandwich shop at 3362 Kingstown Road, in West Kingstown Rhode Island. In fact, I have just received approval from the South Kingstown Zoning Board for a variance allowing me to serve food and have customer seating at the location.

8. To date, I have spent in excess of $75,000 in startup costs on the coffee shop venture, including legal fees, engineering fees, store fixtures and equipment.

9. I anticipate that the coffee shop will open in four weeks and that it will begin generating revenue thereafter.

10. As a result of the expenses associated with opening the coffee shop, I am temporarily unable to raise the $3,000 for Dr. Aker's retainer or the cost of removing The General from its winter storage at Norwalk Cove Marina.

SIGNED UNDER THE PENALTIES OF PERJURY,

Ken Marot

COUNTY OF PROVIDENCE

FEBRUARY 6, 2007

Subscribed and sworn to before me in Coventry, Rhode Island on the 6th day of February, 2007.

Notary Public
My commission expires: 11-3-08

N:/Clients/Marot/pleadings/Aff.marot
JRD/020207/2