UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KEN MAROT | : | |
| | : | |
| vs. | : | C.A.: 06-35S |
| | : | |
| SAM HAIGH and JUDY HAIGH | : | |

**DEFENDANTS' AMENDED INITIAL DISCLOSURES**

Defendants, Sam Haigh and Judy Haigh, disclose the following pursuant to the Federal Rules of Civil Procedure 26(a)(1):

1. Witnesses

a. Sam Haigh and Judy Haigh, 860 Canal Street Annex, Stamford, CT 06902-6953

b. Jack Haigh, Sr., 40 Bay Street, Wickford, Rhode Island, 02852 and wife, Deborah

c. George Varga, Brewers Cove Marina, Reynolds Street, Wickford, RI

d. Ernest Wilcox, Enfield Avenue, North Kingstown, RI

e. Paul and Maria Rivers, 69 Harkness Drive, Madison, CT 06443

f. Jack Haigh, Jr., and Karen Haigh, Norwalk Cove Marina, 45 Beach Road, East Norwalk, CT 06855

g. Bob and Denise Ripley, Seaport Electric Norwalk, CT, and 75 Kings Highway Cutoff Fairfield, CT 06824

h. Margaret Moynihan and Dennis Moynihan, 10 Westport Road, Wilton, CT 06897

i. Lincoln Finkenburg, 7 Tulip Tree Lane, Mamorneck, NY 10543

j. Krishna Finkenburg, 7 Tulip Tree Lane, Mamorneck, NY 10543

k. Bob and Mayaugust Pelton, Maryland

l. Sam L. Haigh and Karen Haigh, 404 Shrewsbury Avenue, Redbank, NJ 07701.

m. Jean DiSalvo, 100 Elena Street, Apt. 203, Cranston, RI 02920,

We believe the individuals who were on The General at the time of the incident on July 4, 2003, were Robert Ripley, Denise Ripley, Paul Rivers, Marla Rivers, Jack Haigh, Jr., Karen Haigh, Sam L. Haigh and Karen Haigh Krishna and Lincoln Finkenburg, Bob and Mayaugust Pelton.

Defendants, Sam Haigh and
Judy Haigh, By Their Attorney,

/S/John A. Baglini
John A. Baglini, - #1578
HIGGINS & SLATTERY
Turks Head Building
76 Westminster Street
Suite 1150
Providence, RI 02903
(401) 751-3600
(401) 751-4648

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing document to Joseph R. Daigle, Esq. Gelfuso & Lachut, Inc., 1193 Reservoir Avenue, Cranston, RI 02920, on this 27th day of April, 2007.

/S/ John A. Baglini