UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KEN MAROT,
Plaintiff,

vs. C.A.: 06-35S

SAM HAIGH and JUDY HAIGH,
Defendants.

**MOTION TO WITHDRAW AS COUNSEL**

Now, comes Gelfuso & Lachut, Inc., counsel for the Plaintiff, Ken Marot and hereby requests this Honorable Court to allow the firm and the undersigned counsel of record to withdraw as counsel for the Plaintiff in the above-captioned matter, and state for reasons therefore:

1. An irremediable breakdown of the attorney-client relationship between Plaintiff and the Law Offices of Gelfuso & Lachut, Inc. regarding litigation strategy and financing of expert witness and litigation expenses; and
2. Plaintiff has expressed his intent to obtain new counsel in the above-captioned matter.

Counsel further relies on the Affidavit of Joseph R. Daigle filed herewith.

*WHEREFORE*, the Law Offices of Gelfuso & Lachut, Inc. and the undersigned pray that this Honorable Court grant

this Motion to Withdraw as Counsel for the Plaintiff in the above-captioned matter.

Respectfully submitted:

Plaintiff's Counsel;

/s/ Joseph R. Daigle

Joseph R. Daigle, #5429
GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, RI 02920
(401) 942-4300
(401) 946-0970 - fax

**CERTIFICATION**

I hereby certify that on July 6, 2007, I filed electronically the within Motion to Withdraw as Counsel and the Affidavit and that they are available for viewing and downloading from the ECF system:

Ken Marot (by regular and certified mail)
860 – H Curtis Corner Road
Wakefield RI 02879

John A. Baglini
Higgins & Slattery
Turks Head Building
76 Westminster Street
Suite 1150
Providence, RI 02903

/s/ Joseph R. Daigle