UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KEN MAROT,<br>Plaintiff,<br><br>vs.<br><br>SAM HAIGH and JUDY HAIGH,<br>Defendants. | : | C.A.: 06-35S |

**AFFIDAVIT**

I, Joseph R. Daigle, of the City of Warwick, County of Kent and the State of Rhode Island, under oath do hereby depose and say:

1. That I am an attorney with the Law Offices of Gelfuso & Lachut, Inc. (hereinafter "Gelfuso & Lachut") and designated trial counsel for Plaintiff in the above-captioned matter;
2. That Plaintiff is not in the Military Service of the United States as defined by the "Soldiers' and Sailors' Civil Relief Act of 1940" [50 App. USC § 501, *et. seq.*] as amended;
3. That I have notified Plaintiff of Gelfuso & Lachut's Motion to Withdraw as Counsel for Plaintiff in the above-captioned matter, by both regular mail and certified mail, return receipt requested.

4. That I have advised Plaintiff that he may object to Gelfuso & Lachut's Motion to Withdraw as Counsel and that any failure or delay in retaining substitute counsel may not be considered grounds for delaying the trial or any other matter scheduled in the above-captioned case;

5. That Plaintiff's current home address is: 860 - H Curtis Corner Road, Wakefield RI 02879 and that I have made a reasonable effort to confirm that the notices sent to Plaintiff at the aforementioned address are likely to be received by the Plaintiff;

6. That upon information and belief, the following motions/matters are pending in the above-captioned case: Close of Discovery - August 30, 2007; and

7. That upon information and belief, the anticipated trial date in the above-captioned matter is: September 2007.

SIGNED UNDER THE PENALTIES OF PERJURY

Plaintiff's Counsel:

Joseph R. Daigle

Joseph R. Daigle, Esq.
GELFUSO & LACHUT, INC.

N:\Clients\Marot, Ken\Pleadings\affidavit.mtn.withdraw.doc
6/070607/4

STATE OF RHODE ISLAND
PROVIDENCE, SC

Subscribed and sworn to before me in the City of Cranston, State of Rhode Island on July 6, 2007.

Carol A. Obreiter

CAROL A. OBREITER
Notary Public

My Commission Expires: 6/20/09

N:\Clients\Marot, Ken\Pleadings\affidavit.mtn.withdraw.doc
6/070607/4