UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KEN MAROT | : | |
| | : | |
| vs. | : | C.A.: 06-35S |
| | : | |
| SAM HAIGH and JUDY HAIGH | : | |

# MOTION TO CONFIRM

Defendants received and reviewed the motion of Attorney Joseph R. Daigle to withdraw as counsel for Kenneth Marot, and defendants would have no objection to the granting of said motion provided, however, that the discovery deadlines already scheduled by this court be confirmed; and further that the scheduled expert inspection and testing of the cannon on the General in Norwalk Harbor for July 19, 2007 go forward to be conducted by plaintiff's expert.

Defendants advise the court that since March 13, 2007, defendants have voluntarily agreed with plaintiff to have Mr. Haigh navigate his boat called the General out its mooring as Mr. Haigh agreed to fire the cannon for the purpose of having plaintiff's expert inspect the same and test the decibel level. Various dates were given to plaintiff's counsel from March until most recently, and after great difficulty in attempting to arrange for appropriate dates for Mr. Haigh to take the General out for that purpose, plaintiff agreed to the inspection, testing, and firing on July 19, 2007, at Norwalk Harbor in Connecticut. It was also

quite difficult to arrange for this date in that defendant not only had to accommodate Mr. Haigh's busy schedule as a CEO of a corporation, but also defendant's expert's schedule had to be accommodated.

Further, since June 13, 2007, when plaintiff's counsel agreed to the inspection and testing on July 19, 2007, at Norwalk Harbor, all parties accommodated their schedules to arrange to be present at Norwalk Harbor on that date when the General would be navigated out by Mr. Haigh.

Defendant made a reasonable request of plaintiff to furnish a protocol for his experts testing the noise level of the cannon which was to be furnished to defendants one week before the testing.

Discovery presently closes on August 30, 2007, and plaintiff's counsel and defendant's counsel agreed that plaintiff's expert's report would be submitted to defendant's counsel prior to the end of July 2007 and defendant agreed to furnish his expert's report prior to August 30, 2007, which is the close of discovery.

Plaintiff's motion indicates he wishes to obtain new counsel and if he does so, defendants pray that the court order plaintiff to keep his appointment with Dr. Martin Papazian for July 23, 2007, for the purpose of being examined; that plaintiff produce a written protocol as set forth in defendant's letter to counsel of June 26, 2007, a copy of which is attached to this motion; and that plaintiff be ordered to have his expert inspect and test the cannon on July 19,

2007, at 9:00 a.m., at Norwalk Harbor as previously agreed upon, and that plaintiff's expert's report be submitted to defendant on or before July 30, 2007; and that if the latter have not been accomplished that plaintiff be prohibited from testing and inspecting the defendant's cannon.

Defendants respectfully ask for an immediate hearing as the testing is scheduled for July 19, 2007.

Defendants, Sam Haigh and
Judy Haigh, By Their Attorney,

/s/John A. Baglini
John A. Baglini, - #1578
HIGGINS & SLATTERY
Turks Head Building
76 Westminster Street
Suite 1150
Providence, RI 02903
(401) 751-3600
(401) 751-4648

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing document to Joseph R. Daigle, Esq. Gelfuso & Lachut, Inc., 1193 Reservoir Avenue, Cranston, RI 02920, on this 9th day of July, 2007.

/s/John A. Baglini