UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KEN MAROT | : | |
| | : | |
| vs. | : | C.A.: 06-35S |
| | : | |
| SAM HAIGH and JUDY HAIGH | : | |

**MOTION TO DISMISS PURSUANT TO F.R.C.P. 37 (b)(2)(C)**

The defendants, pursuant to the provisions of F.R.C.P. 37(b)(2)(C) move for an order of court that this civil action be dismissed for plaintiff's failure to comply with the court order requiring disclosure of expert discovery by July 30, 2007.

Defendants, Sam Haigh and
Judy Haigh, By Their Attorney,

/s/John A. Baglini
John A. Baglini, - #1578
HIGGINS & SLATTERY
Turks Head Building
76 Westminster Street
Suite 1150
Providence, RI 02903
(401) 751-3600
(401) 751-4648

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing document to Ken Marot, 860 – H Curtis Corner Road, Wakefield, RI 02879, by certified mail, return receipt requested, on this 22nd day of August, 2007.

/s/John A. Baglini