**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**Ken Marot**

**Plaintiff**

**V.** **Case Number: C.A. NO. 06-35S**

**Sam Haigh and Judy Haigh**

**Defendant**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendants, Sam Haigh and Judy Haigh against the Plaintiff, Ken Marot pursuant to the Court's Text Order dated September 12, 2007, granting defendant's Motion to Dismiss.**

**BY ORDER:**

**September 12, 2007**
**Date**

Karen Baldwin (signature)
**Deputy Clerk**